**656**

BERNARD MILLER v. GUARANTY TRUST COMPANY OF NEW YORK et al., Impleaded with Others.— Present:— Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHOTAPEG, INC., v. SYLVIA M. BULLOWA.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

### (March 19, 1943.)

GNILBE CORPORATION, Respondent, v. WM. T. KEOGH AMUSEMENT COMPANY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY WEINSTEIN, Respondent, v. MID-EASTERN CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATIONAL CITY BANK OF NEW YORK, as Trustee, et al., Plaintiffs, v. MARTHA S. ROSENBERG et al., Appellants, and EMANUEL LEWIN, Guardian ad Litem of AMELIA F. STEIN et al., Defendant-Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK AYBAR, Appellant. (Simple Assault.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK AYBAR, Appellant. (Indecent Exposure.) — Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIGI PAVESE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PHILIP and HARALAMBOS GREGORIOV, Appellants.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ACME RIBBON MILLS, INC., Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CAULDWELL-WINGATE COMPANY, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J. Townley, Glennon, Untermyer and Dore, JJ.